LAW OFFICES

# DAVID WIKSTROM

WOOLWORTH BUILDING · 233 BROADWAY · SUITE 2208

NEW YORK, NY 10279

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

July 13, 2015

The Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007
*ECF FILING*

Re:  United States v. Ericson Vargas Cardona
        11 CR 349 (LAP)

Dear Judge Preska:

I write, with the consent of Assistant United States Attorneys Edward Kim and Michael Ferrara, for an adjournment of sentencing in this case.

Mr. Vargas Cardona pleaded guilty on April 14, 2015, and sentencing is currently set for July 28, 2015.  I have not yet completed my sentencing submission on Mr. Vargas' behalf, and given the complexities of the case as well as the demands of my own schedule, I believe an adjournment to late September will be required.

Accordingly, I respectfully request that the Court reschedule sentencing from July 28, 2015 to a late September date.

I thank the Court for its consideration and assistance.

Sincerely,

David Wikstrom